UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SIMON ERIC REED**                                                                        **PETITIONER**

**VS.**                                   **4:18-CV-00234-BRW/JTR**

**ARKANSAS CHILD SUPPORT
ENFORCEMENT OFFICE,** *ET AL.*                                            **RESPONDENTS**

## **JUDGMENT**

Pursuant to the Order entered this date, it is CONSIDERED, ORDERED, and ADJUDGED that this habeas corpus action is DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 23rd day of May, 2018.

        /s/ Billy Roy Wilson _____
       UNITED STATES DISTRICT JUDGE